EJ-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>Nathan D. O'Malley (SBN 212193)<br>Peter J. Diedrich (SBN 101649)<br>Musick, Peeler & Garrett, LLP<br>624 S. Grand Ave., Suite 2000<br>Los Angeles, CA 90017-3383<br>TEL NO.: (213)629-7600   FAX NO. *(optional):* (213) 624-1376<br>E-MAIL ADDRESS *(Optional):* n.omalley@musickpeeler.com<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** USDC Northern District
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Oakland Division

FOR RECORDER'S USE ONLY

PLAINTIFF: TMCO, Ltd.
DEFENDANT: Green Light Energy Solutions R & D. Corp.

CASE NUMBER:
4:17-CV-00997-KAW

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────────┐
      │ Alex Feerer                     │
      │ 220 Lombard St., Apt. 823       │
      │ San Francisco, CA 94111-1155    │
      └─────────────────────────────────┘
   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]:   [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
   
   Alex Feerer, 220 Lombard St., Apt. 823, San Francisco, CA 94111-1155

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   TMCO, Ltd., a Bulgarian company,
   by and through its counsel of record listed in the caption.

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.

Date: February 19, 2020
Nathan D. O'Malley
(TYPE OR PRINT NAME)

► *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $107,000.00 USD; EUR €1,797,968.23
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* February 3, 2020
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
02/21/2020

10. [ ] An   [ ] execution lien   [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by *(signature)*, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: TMCO, Ltd. | COURT CASE NO.: |
|---|---|
| DEFENDANT: Green Light Energy Solutions R & D. Corp. | 4:17-CV-00997-KAW |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address
Green Light Energy Solutions, LLC
220 Lombard St., Apt. 823
San Francisco, California 94111

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):
Svetlana Kamyshanskaya
PRIMUM LAW GROUP
555 California Street, Suite 4925
San Francisco, CA 94104
Tel.: (415) 659-7975
Agent of Process for Green Light Energy Solutions, LLC

17. Name and last known address
Green Light Energy Solutions R & D, Corp.
220 Lombard St., Apt. 823
San Francisco, California 94111

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):
Svetlana Kamyshanskaya
PRIMUM LAW GROUP
555 California Street, Suite 4925
San Francisco, CA 94104
Tel.: (415) 659-7975
Agent of Process for Green Light Energy Solutions R & D. Corp.

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.